# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR CHAVEZ, | No. CV 08-6512-JVS (PLA) |
|     Petitioner, | |
|     v. | **JUDGMENT** |
| JAMES YATES, Warden, | |
|     Respondent. | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: July 14, 2009

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE